# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ANTOINE CANNON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:05-CV-1126 CAS |
| ST. LOUIS CONNECT CARE, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This closed matter is before the Court on plaintiff's appointed counsel's motion for compensation of services and reimbursement of out-of-pocket expenses. For the following reasons, the Court will grant the motion.

This action was dismissed with prejudice after the parties settled during court-ordered mediation. Plaintiff's appointed counsel, Kimberley Mathis of the law firm Blackwell Sanders Peper Martin, LLP, filed a motion for reimbursement of fees and expenses pursuant to Local Rule 12.03. "A district judge . . . may order disbursement of funds not exceeding $2,500.00 for out-of-pocket expenses and attorney fees of appointed attorneys consistent with section 28 U.S.C. § 1915, Local Rule 83-12.03, and Regulations governing such disbursement." Non-Appropriated Fund Administrative Order, § II-A, p. 2. (Feb. 24, 2004) (en banc). Ms. Mathis was appointed to represent plaintiff in a civil action before this Court pursuant to 28 U.S.C. § 1915(e).

The regulations require that "[t]he request shall be accompanied by sufficient documentation to permit the court to determine that the request is appropriate and reasonable and that the amounts for expenses were actually paid out and the time for fees was actually spent." See Regulations

Governing Disbursement of Funds from the Non-Appropriated Fund, § C-1. The Court believes that the fee request and request for reimbursement of expenses is appropriate, reasonable, and includes sufficient supporting documentation. Therefore, the Court will grant plaintiff's appointed counsel's motion for attorney's fees and expenses in the amount of $2,500.00. See Regulations Governing Disbursement of Funds from the Non-Appropriated Fund, § B-2.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for compensation of services and reimbursement of out-of-pocket expenses is **GRANTED**. [Doc. 32]

**IT IS FURTHER ORDERED** that the Clerk of Court shall disburse payment in the amount of Two Thousand Five Hundred Dollars ($2,500.00) from the Attorney Admission Fee Non-Appropriated Fund, payable to:

> Blackwell Sanders Peper Martin, LLP.
> 720 Olive Street
> 24th Floor
> St. Louis, Missouri 63101

The Court wishes to express its appreciation to appointed counsel for her efforts on behalf of plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of September, 2006.